appeal is denied. *See Pennsylvania School Boards Association, Inc. v. Zogby,* 573 Pa. 687, 823 A.2d 146 (2003) (Table No. 551 MAL 2002; Table No. 482 MAL 2002).

∎

**PRINCETON INSURANCE COMPANY, Appellant**

v.

**D. Michael FISHER, Attorney General of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Oct. 27, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 27th day of October, 2003, we **AFFIRM** the Order of the Commonwealth Court.

∎

**COMMITTEE TO KEEP OUR PUBLIC SCHOOLS PUBLIC; Philadelphia Federation of Teachers, AFT, Local 3, AFL–CIO; National Conference of Firemen and Oilers School Employees Union, Local 1201, SEIU, AFL–CIO;** School Police Association of Philadelphia; School Cafeteria Employees, Local No. 634, Here, AFL–CIO; Barbara Rugletic; Rochelle McQueen; Sara Ortiz; and Barbara Shankin, Appellants

v.

The Honorable Mark SCHWEIKER, Governor of Pennsylvania; Charles B. Zogby, Secretary of Education; School District of Philadelphia; Edison Schools, Inc.; and H. Christopher Whittle, Appellees.

Committee to Keep Our Public Schools Public and Roz Spiegel as its Coordinator; Philadelphia Federation of Teachers, AFT, Local 3, AFL–CIO and Ted Kirsch as its Trustee Ad Litem; National Conference of Firemen and Oilers School Employees Union, Local 1201, SEIU, AFL–CIO and Thomas Doyle as its Trustee Ad Litem; School Police Association of Philadelphia and Michael Lodise as its Trustee Ad Litem; School Cafeteria Employees, Local No. 634, Here, AFL–CIO and Sam Cook as its Trustee Ad Litem; Barbara Rugletic; Rochelle McQueen; Sara Ortiz; and Barbara Shankin, Appellants,

v.

The Honorable Mark Schweiker, Governor of Pennsylvania and his Appointees, Agents, Representatives and/or Designees; Charles B. Zogby, Secretary of Education, Pennsylvania Department of Education; School District of Philadelphia; Edison Schools,

Inc. and its Appointees, Agents, Representatives and/or Designees; and H. Christopher Whittle, as President and Chief Executive Officer, and his Appointees, Agents, Representatives and/or Designees, Appellees.

Supreme Court of Pennsylvania.

Oct. 28, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of October, 2003, the Orders of the Commonwealth Court are hereby affirmed.

Ronald W. BENDER, Appellee,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.

No. 91 MAP 2003.

Supreme Court of Pennsylvania.

Oct. 31, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of October, 2003, the above captioned appeal is quashed for failure to file a brief.

CITY OF PHILADELPHIA and John F. Street, Individually as a Taxpayer and in his Official Capacity as Mayor of Philadelphia, Petitioners/Appellees,

v.

COMMONWEALTH of Pennsylvania, Edward G. Rendell, in his Official Capacity as Governor of the Commonwealth of Pennsylvania; Robert C. Jubelirer, President Pro Tempore of the Senate of the Commonwealth of Pennsylvania; John M. Perzel, Speaker of the House of Representatives of the Commonwealth of Pennsylvania; Robert J. Mellow, Minority Leader of the Senate of the Commonwealth of